IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

SHEILA RISHER, AS EXECUTRIX
OF THE ESTATE OF LOTTIE
LOUISE HODGE, Deceased                                            PLAINTIFF

VS.                          CASE NO. 07-CV-1010

ROLLING T, LLC and
MICHAEL ROBERTS                                                   DEFENDANTS

## ORDER

Before the Court is a Joint Motion to Dismiss filed on behalf of all parties in the above styled and numbered case. (Doc. No. 12). The parties advise the Court that the matter has been resolved through settlement and jointly request that the Plaintiff's Complaint be dismissed with prejudice. Upon consideration, the Court finds that the motion should be and hereby is **granted**. IT IS THEREFORE CONSIDERED, ORDERED, AND ADJUDGED that the above styled and numbered cause be, and is hereby, **dismissed with prejudice**.

IT IS FURTHER ORDERED that if any party desires that the terms of the settlement be a part of the record herein, those terms should be reduced to writing and filed with the Court within thirty (30) days of the entry of this Order.

The Court retains jurisdiction to vacate this Order and to reopen this matter upon cause shown that the settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED, this 7th day of August, 2008.

/s/Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge